CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Faythe Gutierrez, Esq., SBN 310430
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
Faytheg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Gary Scherer**, <br><br>            Plaintiff, <br><br>     v. <br><br> **Tul Reseda L.P.,** a California Limited Partnership; <br> **REM LLC,** a California Limited Liability Company; and Does 1-10, <br><br>            Defendants. | **Case No**. **2:20-cv-05501-PSG-SP** <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

Please take notice that Faythe Gutierrez of the firm Center for Disability Access, 8033 Linda Vista Road, Suite 200, San Diego, CA 92111, hereby appears as counsel on behalf of Plaintiff Gary Scherer. All pleadings and other documents served onto Gary Scherer should also be directed to the attention of Faythe Gutierrez.

Date: October 14, 2020         CENTER FOR DISABILITY ACCESS

                              By: /s/ Faythe Gutierrez
                                   Faythe Gutierrez
                                   Attorneys for Plaintiff

1