CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Faythe Gutierrez, Esq., SBN 310430
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
fayhteg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Gary Scherer**,

        Plaintiff,

    v.

**Tul Reseda L.P.,** a California
Limited Partnership;
**REM LLC,** a California Limited
Liability Company; and Does 1-
10,

        Defendants.

**Case No. 2:20-cv-05501-PSG-SP**

**Request for Entry of Default (As to REM LLC, a California Limited Liability Company only)**

## TO: THE CLERK OF THE ABOVE-ENTITLED COURT

    Plaintiff GARY SCHERER ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against the Defendant REM LLC, A CALIFORNIA LIMITED LIABILITY COMPANY ("Defendant") on the ground that said Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Complaint on the Defendant on September 16, 2020, as evidenced by the proof of service of summons on file with this Court.

1

1    To date, Defendant has not appeared. *See* Declaration of Faythe Gutierrez,

2    filed concurrently.

3

4

5    Dated: October 12, 2020          CENTER FOR DISABILITY ACCESS

6

7                                     By: /s/Faythe Gutierrez

8                                     Faythe Gutierrez
                                      Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2